# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| COSKUN ESKERANLI | § | Case No. 10-27789 |
| ROSARIA ESKERANLI | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter      of the United States Bankruptcy Code was filed on
.   The undersigned trustee was appointed on               .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                          $

Funds were disbursed in the following amounts:

Payments made under an interim
disbursement
Administrative expenses
Bank service fees
Other payments to creditors
Non-estate funds paid to 3rd Parties
Exemptions paid to the debtor
Other payments to the debtor

Leaving a balance on hand of[1]                          $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was             . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $           . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $           , for a total compensation of $        [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $       , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Frances Gecker _____
                                             Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 10-27789 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | COSKUN ESKERANLI | | | | Date Filed (f) or Converted (c): | 06/21/2010 (f) |
| | ROSARIA ESKERANLI | | | | 341(a) Meeting Date: | 08/24/2010 |
| For Period Ending: | 06/04/2015 | | | | Claims Bar Date: | 01/27/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  1150 Blue Heron Way Roselle, IL 60172 | 300,000.00 | 0.00 | | 0.00 | FA |
| 2.  4832 Whitsett Avenue Unit 302 Los Angeles, CA 9160 | 225,000.00 | 0.00 | OA | 0.00 | FA |
| 3.  First Eagle Bank checking account | 2,200.00 | 0.00 | | 0.00 | FA |
| 4.  Lakeside Bank checking account | 80.00 | 0.00 | | 0.00 | FA |
| 5.  First Eagle Bank checking account | 1,200.00 | 0.00 | | 0.00 | FA |
| 6.  Chase Bank checking account | 180.00 | 0.00 | | 0.00 | FA |
| 7.  Household Furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 8.  Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 9.  Furs and Rings, Earrings | 2,000.00 | 0.00 | | 0.00 | FA |
| 10.  Funds held in I.R.A. | 75,000.00 | 0.00 | | 0.00 | FA |
| 11.  401(k) plan | 220,000.00 | 0.00 | | 0.00 | FA |
| 12.  X-hale Inc., d/b/a Hookah Lounge Hookah Pipes and | 5,000.00 | 4,160.00 | | 0.00 | FA |
| 13.  Osman Kivanc 3134 North Lincoln Avenue Chicago, IL | 33,000.00 | 33,000.00 | | 0.00 | FA |
| 14.  2005 Ford Freestar | 5,685.00 | 3,285.00 | | 0.00 | FA |
| 15.  Adversary Proceeding Settlement          (u) Gecker v. Osman Kivanc, et al. | 0.00 | 8,000.00 | | 8,000.00 | FA |
| INT.  Post-Petition Interest Deposits          (u) | 0.00 | N/A | | 0.30 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $871,245.00 | $48,445.00 | | $8,000.30 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE WILL PREPARE A FINAL REPORT.

Exhibit A

Initial Projected Date of Final Report (TFR): 12/01/2011          Current Projected Date of Final Report (TFR): 04/15/2015

**Page:** 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 10-27789 | Trustee Name: Frances Gecker |
| Case Name: COSKUN ESKERANLI | Bank Name: Bank of America |
| ROSARIA ESKERANLI | Account Number/CD#: XXXXXX5634 |
| | MONEY MARKET |
| Taxpayer ID No: XX-XXX0778 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/04/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/16/11 | 15 | SETTLEMENT AGREEMENT The Law Office of Behzad Raghian, PC3517 W. Palmer St.Suite 2Chicago, IL 60647 | SETTLEMENT | 1241-000 | $8,000.00 | | $8,000.00 |
| 08/31/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.03 | | $8,000.03 |
| 09/30/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.07 | | $8,000.10 |
| 10/31/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.07 | | $8,000.17 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $10.19 | $7,989.98 |
| 11/30/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.07 | | $7,990.05 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $9.85 | $7,980.20 |
| 12/29/11 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | $0.06 | | $7,980.26 |
| 12/29/11 | | Transfer to Acct # XXXXXX2491 | Bank Funds Transfer | 9999-000 | | $7,980.26 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $8,000.30 | $8,000.30 |
| Less: Bank Transfers/CD's | $0.00 | $7,980.26 |
| Subtotal | $8,000.30 | $20.04 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,000.30 | $20.04 |

| | | |
|---|---|---|
| Page Subtotals: | $8,000.30 | $8,000.30 |

Case 10-27789   Doc 50   Filed 06/04/15   Entered 06/04/15 18:26:39   Desc Main
**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document Page 6 of 19

Exhibit B

Case No: 10-27789

Case Name: COSKUN ESKERANLI

ROSARIA ESKERANLI

Taxpayer ID No: XX-XXX0778

For Period Ending: 06/04/2015

Trustee Name: Frances Gecker

Bank Name: Congressional Bank

Account Number/CD#: XXXXXX2491

GENERAL CHECKING

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/11 | | Transfer from Acct # XXXXXX5634 | Bank Funds Transfer | 9999-000 | $7,980.26 | | $7,980.26 |
| 02/07/12 | 1000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BLANKET BOND #016026455 2/1/12 TO 2/1/13 | 2300-000 | | $7.71 | $7,972.55 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $7,972.55 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $7,980.26 | $7,980.26 |
| Less: Bank Transfers/CD's | $7,980.26 | $7,972.55 |
| Subtotal | $0.00 | $7.71 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $7.71 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:     $7,980.26     $7,980.26

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 10-27789 | Trustee Name: Frances Gecker |
| Case Name: COSKUN ESKERANLI | Bank Name: The Bank of New York Mellon |
| ROSARIA ESKERANLI | Account Number/CD#: XXXXXX7050 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX0778 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/04/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $7,972.55 | | $7,972.55 |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139 | Blanket Bond #016026455 | 2300-000 | | $7.19 | $7,965.36 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $6.49 | $7,958.87 |
| 03/11/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEES | 2600-000 | | $3.51 | $7,955.36 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.83 | $7,943.53 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.43 | $7,932.10 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.79 | $7,920.31 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.40 | $7,908.91 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.76 | $7,897.15 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.74 | $7,885.41 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.35 | $7,874.06 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.71 | $7,862.35 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.31 | $7,851.04 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.67 | $7,839.37 |
| 02/03/14 | 10001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $11.30 | $7,828.07 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.66 | $7,816.41 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.50 | $7,805.91 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 7)* | | Page Subtotals: | | | $7,972.55 | $166.64 |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 10-27789 | Trustee Name: Frances Gecker | |
| Case Name: COSKUN ESKERANLI | Bank Name: The Bank of New York Mellon | |
| ROSARIA ESKERANLI | Account Number/CD#: XXXXXX7050 | |
| | GENERAL CHECKING | |
| Taxpayer ID No: XX-XXX0778 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/04/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.60 | $7,794.31 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.21 | $7,783.10 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.57 | $7,771.53 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.18 | $7,760.35 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.54 | $7,748.81 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.52 | $7,737.29 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.13 | $7,726.16 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.49 | $7,714.67 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.10 | $7,703.57 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.45 | $7,692.12 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.44 | $7,680.68 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.31 | $7,670.37 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.40 | $7,658.97 |

| | | |
|---|---|---|
| COLUMN TOTALS | $7,972.55 | $313.58 |
| Less: Bank Transfers/CD's | $7,972.55 | $0.00 |
| Page Subtotals: | $0.00 | $146.94 |

| | | |
|---|---|---|
| Subtotal | $0.00 | $313.58 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $313.58 |

Exhibit B

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2491 - GENERAL CHECKING | $0.00 | $7.71 | $0.00 |
| XXXXXX5634 - MONEY MARKET | $8,000.30 | $20.04 | $0.00 |
| XXXXXX7050 - GENERAL CHECKING | $0.00 | $313.58 | $7,658.97 |
| | $8,000.30 | $341.33 | $7,658.97 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,000.30 |
| Total Gross Receipts: | $8,000.30 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-27789-CAD                                           Date: June 4, 2015

Debtor Name: COSKUN ESKERANLI

Claims Bar Date: 1/27/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 100 2700 | CLERK OF THE U. S. BANKRUPTCY COURT CLERK OF THE U.S. BANKRUPTCY COURT 219 S. DEARBORN STREET, 7TH FL. CHICAGO, ILLINOIS 60604 | Administrative | 2010 - Adversary Complaint Filing Fee. | $0.00 | $250.00 | $250.00 |
| 100 2100 | Frances Gecker 325 N. LaSalle Street Chicago, IL 60654 | Administrative | | $0.00 | $1,550.03 | $1,550.03 |
| BOND 999 2300 | INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Administrative | Extended Check Description Notes from conversion: 2/1/12 TO 2/1/13 | $0.00 | $19.01 | $19.01 |
| 1 300 7100 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $4,423.78 | $4,423.78 |
| 2 300 7100 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $4,448.90 | $4,448.90 |
| 3 300 7100 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $3,751.28 | $3,751.28 |
| 4 300 7100 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $5,350.56 | $5,350.56 |
| 5 300 7100 | ATLAS ACQUISITIONS LLC BANK OF AMERICA NA 294 UNION ST. HACKENSACK, NJ 07601 | Unsecured | (5-1) MODIFIED ON 11/03/2011 TO CORRECT CREDITOR ADDRESS FILER NOTIFIED MGJ | $0.00 | $21,565.30 | $21,565.30 |
| 6 300 7100 | FIA CARD SERVICES, N. A. BANK OF AMERICA, N.A. (USA) MBNA PO BOX 15102 WILMINGTON, DE 19886-5102 | Unsecured | (6-1) MODIFIED ON 11/07/2011 TO CORRECT CREDITOR ADDRESS FILER NOTIFIED MGJ | $0.00 | $26,116.01 | $26,116.01 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-27789-CAD
Date: June 4, 2015
Debtor Name: COSKUN ESKERANLI
Claims Bar Date: 1/27/2012

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>300<br>7100 | FIA CARD SERVICES, N. A.<br>BANK OF AMERICA, N.A.<br>(USA)<br>MBNA<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | Unsecured | | $0.00 | $14,455.77 | $14,455.77 |
| 8<br>300<br>7100 | FIA CARD SERVICES, N. A.<br>BANK OF AMERICA, N.A.<br>(USA)<br>MBNA<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | Unsecured | | $0.00 | $1,975.06 | $1,975.06 |
| 9<br>300<br>7100 | FIA CARD SERVICES, N. A.<br>BANK OF AMERICA, N.A.<br>(USA)<br>MBNA<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | Unsecured | | $0.00 | $2,725.92 | $2,725.92 |
| 10<br>300<br>7100 | FIA CARD SERVICES, N. A.<br>BANK OF AMERICA, N.A.<br>(USA)<br>MBNA<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | Unsecured | | $0.00 | $4,669.36 | $4,669.36 |
| 11<br>300<br>7100 | QUANTUM3 GROUP LLC AS<br>AGENT FOR<br>WORLD FINANCIAL<br>NETWORK NATIONAL BANK<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Unsecured | (11-1) UNSECURED DEBT | $0.00 | $4,721.20 | $4,721.20 |
| 12<br>300<br>7100 | CHASE BANK USA NA<br>PO BOX 15145, 19850-5145<br>WILMINGTON DE | Unsecured | (12-1) MODIFIED ON 11/17/2011 TO CORRECT CREDITOR ADDRESS FILER NOTIFIED MGJ | $0.00 | $21,788.07 | $21,788.07 |
| 13<br>300<br>7100 | CHASE BANK USA NA<br>PO BOX 15145, 19850-5145<br>WILMINGTON DE | Unsecured | | $0.00 | $621.71 | $621.71 |
| 14<br>300<br>7100 | CHASE BANK USA NA<br>PO BOX 15145, 19850-5145<br>WILMINGTON DE | Unsecured | | $0.00 | $630.69 | $630.69 |
| 15<br>300<br>7100 | CHASE BANK USA NA<br>PO BOX 15145, 19850-5145<br>WILMINGTON DE | Unsecured | | $0.00 | $4,188.69 | $4,188.69 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-27789-CAD

Debtor Name: COSKUN ESKERANLI

Claims Bar Date: 1/27/2012

Date: June 4, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 16<br>300<br>7100 | CHASE BANK USA NA<br>PO BOX 15145, 19850-5145<br>WILMINGTON DE | Unsecured | | $0.00 | $12,151.63 | $12,151.63 |
| 17<br>300<br>7100 | CHASE BANK USA NA<br>PO BOX 15145, 19850-5145<br>WILMINGTON DE | Unsecured | | $0.00 | $1,213.12 | $1,213.12 |
| 18<br>300<br>7100 | CHASE BANK USA NA<br>PO BOX 15145, 19850-5145<br>WILMINGTON DE | Unsecured | | $0.00 | $1,945.36 | $1,945.36 |
| 19<br>300<br>7100 | CHASE BANK USA NA<br>PO BOX 15145, 19850-5145<br>WILMINGTON DE | Unsecured | | $0.00 | $5,933.36 | $5,933.36 |
| 20<br>300<br>7100 | CHASE BANK USA NA<br>PO BOX 15145, 19850-5145<br>WILMINGTON DE | Unsecured | | $0.00 | $7,940.66 | $7,940.66 |
| 21<br>300<br>7100 | CHASE BANK USA NA<br>PO BOX 15145, 19850-5145<br>WILMINGTON DE | Unsecured | | $0.00 | $1,868.62 | $1,868.62 |
| 22<br>300<br>7100 | BMW BANK OF NORTH<br>AMERICA<br>P O BOX 23356<br>PITTSBURGH, PA  15222 | Unsecured | | $0.00 | $7,014.39 | $7,014.39 |
| 23<br>300<br>7100 | FIFTH THIRD BANK<br>POST OFFICE BOX 829009<br>DALLAS, TEXAS  75382 | Unsecured | | $0.00 | $6,997.16 | $6,997.16 |
| 24<br>300<br>7100 | AMERICAN EXPRESS<br>CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | Unsecured | (24-1) CREDIT CARD DEBT | $0.00 | $260.17 | $260.17 |

Printed: June 4, 2015

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-27789-CAD                                                                    Date: June 4, 2015

Debtor Name: COSKUN ESKERANLI

Claims Bar Date: 1/27/2012

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 25<br>300<br>7100 | FSB AMERICAN EXPRESS<br>BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured | (25-1) CREDIT CARD DEBT | $0.00 | $755.54 | $755.54 |
| 26<br>300<br>7100 | US BANK N. A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH  45201-5229 | Unsecured | (26-1) MONEY LOANED 9377 | $0.00 | $10,163.19 | $10,163.19 |
| 27<br>300<br>7100 | US BANK N. A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH  45201-5229 | Unsecured | (27-1) MONEY LOANED 0336 | $0.00 | $7,451.71 | $7,451.71 |
| 28<br>300<br>7100 | US BANK N. A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH  45201-5229 | Unsecured | (28-1) MONEY LOANED 38338 | $0.00 | $2,524.29 | $2,524.29 |
| 29<br>300<br>7100 | US BANK N. A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH  45201-5229 | Unsecured | (29-1) MONEY LOANED 9316 | $0.00 | $1,393.74 | $1,393.74 |
| 30<br>300<br>7100 | US BANK N. A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH  45201-5229 | Unsecured | (30-1) MONEY LOANED 2759 | $0.00 | $1,307.15 | $1,307.15 |
| 31<br>300<br>7100 | US BANK N. A.<br>P.O. BOX 5229<br>CINCINNATI, OH  45201-5229 | Unsecured | (31-1) MONEY LOANED / 1592 | $0.00 | $16,872.94 | $16,872.94 |
| 32<br>300<br>7100 | REAL TIME RESOLUTIONS,<br>INC.<br>1750 REGAL ROW, SUITE 120<br>P.O. BOX 36655<br>DALLAS, TX  75235 | Unsecured | | $0.00 | $58,062.59 | $58,062.59 |
| 33<br>300<br>7100 | N. A. HSBC BANK NEVADA<br>BY PRA RECEIVABLES<br>MANAGEMENT, LLC<br>PO BOX 12907<br>NORFOLK, VA  23541 | Unsecured | | $0.00 | $3,584.52 | $3,584.52 |

Printed: June 4, 2015

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-27789-CAD                                                                                      Date: June 4, 2015

Debtor Name: COSKUN ESKERANLI

Claims Bar Date: 1/27/2012

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 34<br>300<br>7100 | N. A. HSBC BANK NEVADA<br>BY PRA RECEIVABLES<br>MANAGEMENT, LLC<br>PO BOX 12907<br>NORFOLK, VA  23541 | Unsecured | | $0.00 | $1,038.16 | $1,038.16 |
| | Case Totals | | | $0.00 | $271,729.64 | $271,729.64 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-27789
Case Name: COSKUN ESKERANLI
      ROSARIA ESKERANLI
Trustee Name: Frances Gecker

    Balance on hand            $

   Claims of secured creditors will be paid as follows:

NONE

   Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ | $ | $ |
| Charges: CLERK OF THE U. S. BANKRUPTCY COURT | $ | $ | $ |
| Other: INTERNATIONAL SURETIES LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance                $_____

   Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ | $ | $ |
| 2 | DISCOVER BANK | $ | $ | $ |
| 3 | DISCOVER BANK | $ | $ | $ |
| 4 | DISCOVER BANK | $ | $ | $ |
| 5 | ATLAS ACQUISITIONS LLC | $ | $ | $ |
| 6 | FIA CARD SERVICES, N. A. | $ | $ | $ |
| 7 | FIA CARD SERVICES, N. A. | $ | $ | $ |
| 8 | FIA CARD SERVICES, N. A. | $ | $ | $ |
| 9 | FIA CARD SERVICES, N. A. | $ | $ | $ |
| 10 | FIA CARD SERVICES, N. A. | $ | $ | $ |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR | $ | $ | $ |
| 12 | CHASE BANK USA NA | $ | $ | $ |
| 13 | CHASE BANK USA NA | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | CHASE BANK USA NA | $ | $ | $ |
| 15 | CHASE BANK USA NA | $ | $ | $ |
| 16 | CHASE BANK USA NA | $ | $ | $ |
| 17 | CHASE BANK USA NA | $ | $ | $ |
| 18 | CHASE BANK USA NA | $ | $ | $ |
| 19 | CHASE BANK USA NA | $ | $ | $ |
| 20 | CHASE BANK USA NA | $ | $ | $ |
| 21 | CHASE BANK USA NA | $ | $ | $ |
| 22 | BMW BANK OF NORTH AMERICA | $ | $ | $ |
| 23 | FIFTH THIRD BANK | $ | $ | $ |
| 24 | AMERICAN EXPRESS CENTURION BANK | $ | $ | $ |
| 25 | FSB AMERICAN EXPRESS BANK | $ | $ | $ |
| 26 | US BANK N. A. | $ | $ | $ |
| 27 | US BANK N. A. | $ | $ | $ |
| 28 | US BANK N. A. | $ | $ | $ |
| 29 | US BANK N. A. | $ | $ | $ |
| 30 | US BANK N. A. | $ | $ | $ |
| 31 | US BANK N. A. | $ | $ | $ |
| 32 | REAL TIME RESOLUTIONS, INC. | $ | $ | $ |
| 33 | N. A. HSBC BANK NEVADA | $ | $ | $ |
| 34 | N. A. HSBC BANK NEVADA | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                         $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE