# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COSKUN ESKERANLI | § | Case No. 10-27789 |
| ROSARIA ESKERANLI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/08/2015 in Courtroom 742 (Judge Doyle),

EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
219 S. DEARBORN STREET
CHICAGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/05/2015   By: /s/ Frances Gecker
                                Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
COSKUN ESKERANLI                    §    Case No. 10-27789
ROSARIA ESKERANLI                   §
                                    §
                                    §
            Debtor(s)               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,000.30 |
| and approved disbursements of | $ | 341.33 |
| leaving a balance on hand of[1] | $ | 7,658.97 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 1,550.03 | $ 0.00 | $ 1,550.03 |
| Charges: CLERK OF THE U. S. BANKRUPTCY COURT | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: INTERNATIONAL SURETIES LTD. | $ 19.01 | $ 19.01 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,800.03 |
| Remaining Balance | $ 5,858.94 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 269,910.60  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 4,423.78 | $ 0.00 | $ 96.03 |
| 2 | DISCOVER BANK | $ 4,448.90 | $ 0.00 | $ 96.57 |
| 3 | DISCOVER BANK | $ 3,751.28 | $ 0.00 | $ 81.43 |
| 4 | DISCOVER BANK | $ 5,350.56 | $ 0.00 | $ 116.14 |
| 5 | ATLAS ACQUISITIONS LLC | $ 21,565.30 | $ 0.00 | $ 468.12 |
| 6 | FIA CARD SERVICES, N. A. | $ 26,116.01 | $ 0.00 | $ 566.90 |
| 7 | FIA CARD SERVICES, N. A. | $ 14,455.77 | $ 0.00 | $ 313.79 |
| 8 | FIA CARD SERVICES, N. A. | $ 1,975.06 | $ 0.00 | $ 42.87 |
| 9 | FIA CARD SERVICES, N. A. | $ 2,725.92 | $ 0.00 | $ 59.17 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | FIA CARD SERVICES, N. A. | $ 4,669.36 | $ 0.00 | $ 101.36 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 4,721.20 | $ 0.00 | $ 102.48 |
| 12 | CHASE BANK USA NA | $ 21,788.07 | $ 0.00 | $ 472.95 |
| 13 | CHASE BANK USA NA | $ 621.71 | $ 0.00 | $ 13.50 |
| 14 | CHASE BANK USA NA | $ 630.69 | $ 0.00 | $ 13.69 |
| 15 | CHASE BANK USA NA | $ 4,188.69 | $ 0.00 | $ 90.92 |
| 16 | CHASE BANK USA NA | $ 12,151.63 | $ 0.00 | $ 263.78 |
| 17 | CHASE BANK USA NA | $ 1,213.12 | $ 0.00 | $ 26.33 |
| 18 | CHASE BANK USA NA | $ 1,945.36 | $ 0.00 | $ 42.23 |
| 19 | CHASE BANK USA NA | $ 5,933.36 | $ 0.00 | $ 128.80 |
| 20 | CHASE BANK USA NA | $ 7,940.66 | $ 0.00 | $ 172.37 |
| 21 | CHASE BANK USA NA | $ 1,868.62 | $ 0.00 | $ 40.56 |
| 22 | BMW BANK OF NORTH AMERICA | $ 7,014.39 | $ 0.00 | $ 152.26 |
| 23 | FIFTH THIRD BANK | $ 6,997.16 | $ 0.00 | $ 151.89 |
| 24 | AMERICAN EXPRESS CENTURION BANK | $ 260.17 | $ 0.00 | $ 5.65 |
| 25 | FSB AMERICAN EXPRESS BANK | $ 755.54 | $ 0.00 | $ 16.40 |
| 26 | US BANK N. A. | $ 10,163.19 | $ 0.00 | $ 220.61 |
| 27 | US BANK N. A. | $ 7,451.71 | $ 0.00 | $ 161.75 |
| 28 | US BANK N. A. | $ 2,524.29 | $ 0.00 | $ 54.79 |
| 29 | US BANK N. A. | $ 1,393.74 | $ 0.00 | $ 30.25 |
| 30 | US BANK N. A. | $ 1,307.15 | $ 0.00 | $ 28.37 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 31 | US BANK N. A. | $ 16,872.94 | $ 0.00 | $ 366.26 |
| 32 | REAL TIME RESOLUTIONS, INC. | $ 58,062.59 | $ 0.00 | $ 1,260.36 |
| 33 | N. A. HSBC BANK NEVADA | $ 3,584.52 | $ 0.00 | $ 77.81 |
| 34 | N. A. HSBC BANK NEVADA | $ 1,038.16 | $ 0.00 | $ 22.55 |

Total to be paid to timely general unsecured creditors    $          5,858.94

Remaining Balance                                         $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker
                      Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Coskun Eskeranli
Rosaria Eskeranli
    Debtors

Case No. 10-27789-CAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: ccabrales     Page 1 of 3     Date Rcvd: Jun 08, 2015
                       Form ID: pdf006     Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2015.

```
db              #+Coskun Eskeranli,    1903 West Diversey Parkway,    Unit #201,    Chicago, IL 60614-9233
jdb             #+Rosaria Eskeranli,   1903 West Diversey Parkway,    Unit #201,    Chicago, IL 60614-9233
aty              +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
18246051          American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18246050          American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15742722         +Amex,   Acct No -xxxxxxxxxxxx2393,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
15742723         +Amex,   Acct No -xxxxxxxxxxxx2473,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
18019644        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: FIA CARD SERVICES, N.A.,    Bank of America, N.A. (USA),    MBNA,
                   PO Box 15102,    Wilmington, DE 19886-5102)
18089416         +BMW Bank of North America,    P O Box 23356,    Pittsburgh, PA 15222-6356
15742725         +Bac Home Loans Servici,    Acct No xxxxx3447,    450 American St,    Simi Valley, CA 93065-6285
15742724         +Bac Home Loans Servici,    Acct No xxxxx3455,    450 American St,    Simi Valley, CA 93065-6285
15742727         +Bank Of America,    Acct No 3952,    Po Box 1598,    Norfolk, VA 23501-1598
15742732         +Bank Of America,    Acct No 4163,    Po Box 1598,    Norfolk, VA 23501-1598
15742731         +Bank Of America,    Acct No 5319,    Po Box 1598,    Norfolk, VA 23501-1598
15742729         +Bank Of America,    Acct No 7198,    Po Box 1598,    Norfolk, VA 23501-1598
15742733         +Barclays Bank Delaware,    Acct No xxxxxxxx0066,    125 S West St,    Wilmington, DE 19801-5014
15742734         +Bmw Bank Of North Amer,    Acct No xxxxxxxxxxxx3061,    2735 E Parleys Ways Ste,
                   Salt Lake City, UT 84109-1666
15742737         +Chase,   Acct No xxxxxxxx0129,    Po Box 15298,    Wilmington, DE 19850-5298
15742738         +Chase,   Acct No xxxxxxxx1918,    Po Box 15298,    Wilmington, DE 19850-5298
15742740         +Chase,   Acct No xxxxxxxx3042,    Po Box 15298,    Wilmington, DE 19850-5298
15742742         +Chase,   Acct No xxxxxxxx3049,    Po Box 15298,    Wilmington, DE 19850-5298
15742739         +Chase,   Acct No xxxxxxxx6212,    Po Box 15298,    Wilmington, DE 19850-5298
15742741         +Chase,   Acct No xxxxxxxx8020,    Po Box 15298,    Wilmington, DE 19850-5298
15742736         +Chase,   Acct No xxxxxxxx6269,    Po Box 901039,    Fort Worth, TX 76101-2039
18055915         +Chase Bank USA NA,    PO BOX 15145,    19850-5145,    Wilmington DE 19850-5145
15742743         +Chase Manhattan Mortga,    Acct No xxxxxxxxx8195,    10790 Rancho Bernardo Rd,
                   San Diego, CA 92127-5705
15742744         +Chase/Best Buy,    Acct No xxxxxxxxxxxx9336,    Po Box 15298,    Wilmington, DE 19850-5298
15742747          Citi,   Acct No xxxxxxxxxxxx1468,    Po Box 6003,    Hagerstown, MD 21747
15742745         +Citi,   Acct No xxxxxxxx4371,    Po Box 6241,    Sioux Falls, SD 57117-6241
15742748         +Citi,   Acct No xxxxxxxx6018,    Po Box 6241,    Sioux Falls, SD 57117-6241
15742746         +Citi,   Acct No xxxxxxxx9973,    Po Box 6241,    Sioux Falls, SD 57117-6241
15742749         +Crd Prt Asso,    Acct No xxxxxx2401,    13355 Noel Rd, 21st Floor  P O Box 80206,
                   Dallas, TX 75240-6837
18096786         +FIFTH THIRD BANK,    POST OFFICE BOX 829009,    DALLAS, TEXAS 75382-9009
15742754         +Ford Cred,    Acct No xxxx5377,    Po Box Box 542000,    Omaha, NE 68154-8000
15742757        ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
                 (address filed with court: Hsbc/Bsbuy,    Acct No xxxxxx-xxxxxx2579,    Po Box 15519,
                   Wilmington, DE 19850)
18404047         +HSBC Bank Nevada, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
18404046         +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                   Norfolk VA 23541-0907
15742756         +Hsbc Bank,    Acct No xxxxxxxx0047,    Po Box 5253,    Carol Stream, IL 60197-5253
15742755         +Hsbc Bank,    Acct No xxxxxxxxxxxx8260,    Po Box 5253,    Carol Stream, IL 60197-5253
15742758         +Hsbc/Mnrds,    Acct No xxxxxx-xxxxxx4510,    90 Christiana Rd,    New Castle, DE 19720-3118
15742760         +Rbs Citizens Na,    Acct No xxxxxxxxxxxx2397,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
15742761         +Sears/Cbsd,    Acct No xxxxxxxxxxxx5795,    Po Box 6189,    Sioux Falls, SD 57117-6189
18353702        ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                   CINCINNATI, OH 45201-5229)
15742768         +Us Dept Of Education,    Acct No xxxxxx3531,    P.O. Box 5609,    Greenville, TX 75403-5609
15742770         +Us Dept Of Education,    Acct No xxxxxx3532,    P.O. Box 5609,    Greenville, TX 75403-5609
15742769         +Us Dept Of Education,    Acct No xxxxxx8873,    P.O. Box 5609,    Greenville, TX 75403-5609
15742767         +Us Dept Of Education,    Acct No xxxxxx8874,    P.O. Box 5609,    Greenville, TX 75403-5609
15742771         +Wffnatbank,    Acct No xxxxxxxxxxxx0244,    Po Box 94498,    Las Vegas, NV 89193-4498
15742772         +Wfnnb/Ann Taylor Lft M,    Acct No xxxxxxxxxxxx9777,    Po Box 182273,    Columbus, OH 43218-2273
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16191239         +E-mail/Text: bnc@atlasacq.com Jun 09 2015 01:18:20     Atlas Acquisitions LLC,
                   Bank of America NA,   294 Union St.,    Hackensack, NJ 07601-4303
15742735          E-mail/Text: bankruptcynotices@bmwfs.com Jun 09 2015 01:19:48      Bmw Financial Services,
                   Acct No xxxxxx0963,    5515 Parkcenter Cir,    Dublin, OH 43017
18003120          E-mail/PDF: mrdiscen@discover.com Jun 09 2015 01:23:14      Discover Bank,
                   DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
15742752         +E-mail/PDF: mrdiscen@discover.com Jun 09 2015 01:23:14      Discover Fin Svcs Llc,
                   Acct No xxxxxxxx9008,    Po Box 15316,    Wilmington, DE 19850-5316
15742753         +E-mail/PDF: mrdiscen@discover.com Jun 09 2015 01:23:14      Discover Fin Svcs Llc,
                   Acct No xxxxxxxx1009,    Po Box 15316,    Wilmington, DE 19850-5316
15742750         +E-mail/PDF: mrdiscen@discover.com Jun 09 2015 01:23:14      Discover Fin Svcs Llc,
                   Acct No xxxxxxxx2030,    Po Box 15316,    Wilmington, DE 19850-5316
```

```
District/off: 0752-1          User: ccabrales           Page 2 of 3                Date Rcvd: Jun 08, 2015
                              Form ID: pdf006           Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15742751       +E-mail/PDF: mrdiscen@discover.com Jun 09 2015 01:23:14      Discover Fin Svcs Llc,
                 Acct No xxxxxxxx8451,    Po Box 15316,    Wilmington, DE 19850-5316
15742759       +E-mail/Text: bankrup@aglresources.com Jun 09 2015 01:18:08      Nicor Gas,    Acct No x2100,
                 1844 Ferry Road,    Naperville, IL 60563-9662
18027058        E-mail/Text: bnc-quantum@quantum3group.com Jun 09 2015 01:18:57
                 Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
                 Kirkland, WA   98083-0788
18373695        E-mail/Text: bkdepartment@rtresolutions.com Jun 09 2015 01:19:29
                 Real Time Resolutions, Inc.,    1750 Regal Row, Suite 120,    P.O. Box 36655,    Dallas, Tx 75235
20709951        E-mail/PDF: rmscedi@recoverycorp.com Jun 09 2015 01:17:18
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                                TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18356576*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201-5229)
15742763*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Us Bank/Na Nd,    Acct No xxxxxxxxxxxx0336,    4325 17th Ave S,
                 Fargo, ND 58125)
15742765*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Us Bank/Na Nd,    Acct No xxxxxxxxxxxx2759,    4325 17th Ave S,
                 Fargo, ND 58125)
15742764*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Us Bank/Na Nd,    Acct No xxxxxxxxxxxx3838,    4325 17th Ave S,
                 Fargo, ND 58125)
15742766*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Us Bank/Na Nd,    Acct No xxxxxxxxxxxx9316,    4325 17th Ave S,
                 Fargo, ND 58125)
15742762*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Us Bank/Na Nd,    Acct No xxxxxxxxxxxx9377,    4325 17th Ave S,
                 Fargo, ND 58125)
15742730        ##+Bank Of America,    Acct No 6171,    Po Box 17054,    Wilmington, DE 19850-7054
15742726        ##+Bank Of America,    Acct No 8458,    Po Box 17054,    Wilmington, DE 19850-7054
15742728        ##+Bank Of America,    Acct No 8952,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                     TOTALS: 0, * 6, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2015                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2015 at the address(es) listed below:
```
              Behzad  Raghian    on behalf of Defendant    Osman Kivanc behzad@raghianlaw.com
              Behzad  Raghian    on behalf of Defendant    Metin, Inc. behzad@raghianlaw.com
              Behzad  Raghian    on behalf of Defendant    Kivanc Hospitality, LLC behzad@raghianlaw.com
              Frances  Gecker    fgecker@fgllp.com,    fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Micah R Krohn    on behalf of Trustee Frances  Gecker mkrohn@fgllp.com,
               ccarpenter@fgllp.com;csmith@fgllp.com
              Michael N Burke    on behalf of Creditor    Bayview Loan Servicing, LLC.
               bk_il_notice@fisherandshapirolaw.com
```

```
District/off: 0752-1          User: ccabrales            Page 3 of 3                  Date Rcvd: Jun 08, 2015
                              Form ID: pdf006            Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven C Lindberg    on behalf of Creditor    Chase Home Finance LLC bankruptcy@fallaw.com
              Thayer C Torgerson    on behalf of Joint Debtor Rosaria  Eskeranli tedtorgerson@hotmail.com
              Thayer C Torgerson    on behalf of Debtor Coskun  Eskeranli tedtorgerson@hotmail.com
              William  Cross    on behalf of Plaintiff Frances  Gecker wcross@fslegal.com
              Zane L Zielinski    on behalf of Plaintiff Frances  Gecker zzielinski@wfactorlaw.com,
               nbouchard@wfactorlaw.com
              Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@wfactorlaw.com,
               nbouchard@wfactorlaw.com
                                                                                             TOTAL: 13
```