**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COSKUN ESKERANLI | § | Case No. 10-27789 |
| ROSARIA ESKERANLI | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 565,445.00
*(Without deducting any secured claims)*

Assets Exempt: 305,800.00

Total Distributions to Claimants:  5,858.94

Claims Discharged
Without Payment:  1,397,222.66

Total Expenses of Administration:  2,141.36

3) Total gross receipts of $ 8,000.30  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 8,000.30  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 926,463.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,141.36 | 2,141.36 | 2,141.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 283,855.00 | 269,910.60 | 269,910.60 | 5,858.94 |
| **TOTAL DISBURSEMENTS** | $ 1,210,318.00 | $ 272,051.96 | $ 272,051.96 | $ 8,000.30 |

4)  This case was originally filed under chapter 7 on  06/21/2010 .  The case was pending for 68 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/19/2016                    By:/s/Frances Gecker _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Adversary Proceeding Settlement | 1241-000 | 8,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.30 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,000.30** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | 430,701.00 | NA | NA | 0.00 |
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | 53,105.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Mortga | | | | | |
| | 10790 Rancho Bernardo Rd | | | | | |
| | San Diego, CA 92127 | | 196,768.00 | NA | NA | 0.00 |
| | Chase Po Box 901039 Fort | | | | | |
| | Worth, TX 76101 | | 240,247.00 | NA | NA | 0.00 |
| | Ford Cred Po Box Box | | | | | |
| | 542000 Omaha, NE 68154 | | 5,642.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 926,463.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 1,550.03 | 1,550.03 | 1,550.03 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 19.01 | 19.01 | 19.01 |
| Suite 420 | | | | | |
| 701 Poydras Street | | | | | |
| New Orleans, LA  70139 | 2300-000 | NA | 7.19 | 7.19 | 7.19 |
| BANK OF AMERICA | 2600-000 | NA | 20.04 | 20.04 | 20.04 |
| Bank of New York Mellon | 2600-000 | NA | 227.90 | 227.90 | 227.90 |
| The Bank of New York Mellon | 2600-000 | NA | 67.19 | 67.19 | 67.19 |
| CLERK OF THE U. S. | | | | | |
| BANKRUPTCY COURT | 2700-000 | NA | 250.00 | 250.00 | 250.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,141.36 | $ 2,141.36 | $ 2,141.36 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | 20,446.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | 2,373.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | 1,402.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | 7,319.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 3,739.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware 125 S West St Wilmington, DE 19801 | | 103.00 | NA | NA | 0.00 |
| | Bmw Financial Services 5515 Parkcenter Cir Dublin, OH 43017 | | 4,399.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 11,452.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 3,469.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 10,832.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 1,560.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 6,508.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 7,374.00 | NA | NA | 0.00 |
| | Citi Po Box 6003 Hagerstown, MD 21747 | | 7,928.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 10,713.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 17,760.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 3,560.00 | NA | NA | 0.00 |
| | Crd Prt Asso 13355 Noel Rd, 21st Floor P O Box 80206 Dallas, TX 75380 | | 181.00 | NA | NA | 0.00 |
| | Hsbc/Bsbuy Po Box 15519 Wilmington, DE 19850 | | 374.00 | NA | NA | 0.00 |
| | Hsbc/Mnrds 90 Christiana Rd New Castle, DE 19720 | | 302.00 | NA | NA | 0.00 |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | 36.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rbs Citizens Na 1000 Lafayette Blvd Bridgeport, CT 06604 | | 7,339.00 | NA | NA | 0.00 |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | 412.00 | NA | NA | 0.00 |
| | Us Dept Of Education P.O. Box 5609 Greenville, TX 75403 | | 29,505.00 | NA | NA | 0.00 |
| | Us Dept Of Education P.O. Box 5609 Greenville, TX 75403 | | 18,804.00 | NA | NA | 0.00 |
| | Us Dept Of Education P.O. Box 5609 Greenville, TX 75403 | | 9,899.00 | NA | NA | 0.00 |
| | Us Dept Of Education P.O. Box 5609 Greenville, TX 75403 | | 16,519.00 | NA | NA | 0.00 |
| | Wffnatbank Po Box 94498 Las Vegas, NV 89193 | | 2,400.00 | NA | NA | 0.00 |
| 24 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 557.00 | 260.17 | 260.17 | 5.65 |
| 5 | ATLAS ACQUISITIONS LLC | 7100-000 | NA | 21,565.30 | 21,565.30 | 468.12 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 22 | BMW BANK OF NORTH AMERICA | 7100-000 | 3,337.00 | 7,014.39 | 7,014.39 | 152.26 |
| 20 | CHASE BANK USA NA | 7100-000 | NA | 7,940.66 | 7,940.66 | 172.37 |
| 21 | CHASE BANK USA NA | 7100-000 | NA | 1,868.62 | 1,868.62 | 40.56 |
| 12 | CHASE BANK USA NA | 7100-000 | NA | 21,788.07 | 21,788.07 | 472.95 |
| 13 | CHASE BANK USA NA | 7100-000 | NA | 621.71 | 621.71 | 13.50 |
| 14 | CHASE BANK USA NA | 7100-000 | NA | 630.69 | 630.69 | 13.69 |
| 15 | CHASE BANK USA NA | 7100-000 | NA | 4,188.69 | 4,188.69 | 90.92 |
| 16 | CHASE BANK USA NA | 7100-000 | NA | 12,151.63 | 12,151.63 | 263.78 |
| 17 | CHASE BANK USA NA | 7100-000 | NA | 1,213.12 | 1,213.12 | 26.33 |
| 18 | CHASE BANK USA NA | 7100-000 | 1,471.00 | 1,945.36 | 1,945.36 | 42.23 |
| 19 | CHASE BANK USA NA | 7100-000 | NA | 5,933.36 | 5,933.36 | 128.80 |
| 2 | DISCOVER BANK | 7100-000 | 2,545.00 | 4,448.90 | 4,448.90 | 96.57 |
| 1 | DISCOVER BANK | 7100-000 | 1,221.00 | 4,423.78 | 4,423.78 | 96.03 |
| 3 | DISCOVER BANK | 7100-000 | 1,184.00 | 3,751.28 | 3,751.28 | 81.43 |
| 4 | DISCOVER BANK | 7100-000 | 3,740.00 | 5,350.56 | 5,350.56 | 116.14 |
| 6 | FIA CARD SERVICES N. A. | 7100-000 | 24,538.00 | 26,116.01 | 26,116.01 | 566.90 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | FIA CARD SERVICES N. A. | 7100-000 | 13,010.00 | 14,455.77 | 14,455.77 | 313.79 |
| 8 | FIA CARD SERVICES N. A. | 7100-000 | NA | 1,975.06 | 1,975.06 | 42.87 |
| 9 | FIA CARD SERVICES N. A. | 7100-000 | NA | 2,725.92 | 2,725.92 | 59.17 |
| 10 | FIA CARD SERVICES N. A. | 7100-000 | NA | 4,669.36 | 4,669.36 | 101.36 |
| 23 | FIFTH THIRD BANK | 7100-000 | NA | 6,997.16 | 6,997.16 | 151.89 |
| 25 | FSB AMERICAN EXPRESS BANK | 7100-000 | 557.00 | 755.54 | 755.54 | 16.40 |
| 33 | HSBC BANK NEVADA | 7100-000 | 2,832.00 | 3,584.52 | 3,584.52 | 77.81 |
| 34 | HSBC BANK NEVADA | 7100-000 | 910.00 | 1,038.16 | 1,038.16 | 22.55 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 2,086.00 | 4,721.20 | 4,721.20 | 102.48 |
| 32 | REAL TIME RESOLUTIONS, INC. | 7100-000 | NA | 58,062.59 | 58,062.59 | 1,260.36 |
| 30 | US BANK N. A. | 7100-000 | 1,097.00 | 1,307.15 | 1,307.15 | 28.37 |
| 31 | US BANK N. A. | 7100-000 | NA | 16,872.94 | 16,872.94 | 366.26 |
| 26 | US BANK N. A. | 7100-000 | 8,821.00 | 10,163.19 | 10,163.19 | 220.61 |
| 27 | US BANK N. A. | 7100-000 | 6,354.00 | 7,451.71 | 7,451.71 | 161.75 |
| 28 | US BANK N. A. | 7100-000 | 2,376.00 | 2,524.29 | 2,524.29 | 54.79 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 29 | US BANK N. A. | 7100-000 | 511.00 | 1,393.74 | 1,393.74 | 30.25 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 283,855.00 | $ 269,910.60 | $ 269,910.60 | $ 5,858.94 |

FORM 7
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-27789 | CAD | Judge: Carol A. Doyle |
| Case Name: | COSKUN ESKERANLI | | |
| | ROSARIA ESKERANLI | | |
| For Period Ending: | 01/19/2016 | | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Date Filed (f) or Converted (c): | 06/21/2010 (f) |
| 341(a) Meeting Date: | 08/24/2010 |
| Claims Bar Date: | 01/27/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 1150 Blue Heron Way Roselle, IL 60172 | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. 4832 Whitsett Avenue Unit 302 Los Angeles, CA 9160 | 225,000.00 | 0.00 | OA | 0.00 | FA |
| 3. First Eagle Bank checking account | 2,200.00 | 0.00 | | 0.00 | FA |
| 4. Lakeside Bank checking account | 80.00 | 0.00 | | 0.00 | FA |
| 5. First Eagle Bank checking account | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. Chase Bank checking account | 180.00 | 0.00 | | 0.00 | FA |
| 7. Household Furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 9. Furs and Rings, Earrings | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Funds held in I.R.A. | 75,000.00 | 0.00 | | 0.00 | FA |
| 11. 401(k) plan | 220,000.00 | 0.00 | | 0.00 | FA |
| 12. X-hale Inc., d/b/a Hookah Lounge Hookah Pipes and | 5,000.00 | 4,160.00 | | 0.00 | FA |
| 13. Osman Kivanc 3134 North Lincoln Avenue Chicago, IL | 33,000.00 | 33,000.00 | | 0.00 | FA |
| 14. 2005 Ford Freestar | 5,685.00 | 3,285.00 | | 0.00 | FA |
| 15. Adversary Proceeding Settlement          (u)<br><br>Gecker v. Osman Kivanc, et al. | 0.00 | 8,000.00 | | 8,000.00 | FA |
| INT. Post-Petition Interest Deposits          (u) | 0.00 | N/A | | 0.30 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $871,245.00          $48,445.00          $8,000.30          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/01/2011      Current Projected Date of Final Report (TFR): 04/15/2015

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 10-27789 | Trustee Name: Frances Gecker | Exhibit 9 |
| Case Name: COSKUN ESKERANLI | Bank Name: Associated Bank | |
| ROSARIA ESKERANLI | Account Number/CD#: XXXXXX1848 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0778 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 01/19/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7050 | Transfer of Funds | 9999-000 | $7,658.97 | | $7,658.97 |
| 07/08/15 | 5001 | Frances Gecker 325 N. LaSalle Street Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,550.03 | $6,108.94 |
| 07/08/15 | 5002 | CLERK OF THE U. S. BANKRUPTCY COURT CLERK OF THE U.S. BANKRUPTCY COURT 219 S. DEARBORN STREET, 7TH FL. CHICAGO, ILLINOIS 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $250.00 | $5,858.94 |
| 07/08/15 | 5003 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | Distribution | | | $390.17 | $5,468.77 |
| | | DISCOVER BANK | Final distribution to claim 1 representing a payment of 2.17 % per court order. ($96.03) | 7100-000 | | | |
| | | DISCOVER BANK | Final distribution to claim 2 representing a payment of 2.17 % per court order. ($96.57) | 7100-000 | | | |
| | | DISCOVER BANK | Final distribution to claim 3 representing a payment of 2.17 % per court order. ($81.43) | 7100-000 | | | |
| | | DISCOVER BANK | Final distribution to claim 4 representing a payment of 2.17 % per court order. ($116.14) | 7100-000 | | | |
| 07/08/15 | 5004 | ATLAS ACQUISITIONS LLC BANK OF AMERICA NA 294 UNION ST. HACKENSACK, NJ 07601 | Final distribution to claim 5 representing a payment of 2.17 % per court order. | 7100-000 | | $468.12 | $5,000.65 |
| 07/08/15 | 5005 | FIA CARD SERVICES N. A. BANK OF AMERICA, N.A. (USA) MBNA PO BOX 15102 WILMINGTON, DE 19886-5102 | Distribution | | | $1,084.09 | $3,916.56 |

| | | |
|---|---|---|
| Page Subtotals: | $7,658.97 | $3,742.41 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-27789 | Trustee Name: Frances Gecker |
| Case Name: COSKUN ESKERANLI | Bank Name: Associated Bank |
| ROSARIA ESKERANLI | Account Number/CD#: XXXXXX1848 |
| | Checking |
| Taxpayer ID No: XX-XXX0778 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/19/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | FIA CARD SERVICES N. A. | Final distribution to claim 6 representing a payment of 2.17 % per court order. | ($566.90) | | | |
| | | FIA CARD SERVICES N. A. | Final distribution to claim 7 representing a payment of 2.17 % per court order. | ($313.79) | | | |
| | | FIA CARD SERVICES N. A. | Final distribution to claim 8 representing a payment of 2.17 % per court order. | ($42.87) | | | |
| | | FIA CARD SERVICES N. A. | Final distribution to claim 9 representing a payment of 2.17 % per court order. | ($59.17) | | | |
| | | FIA CARD SERVICES N. A. | Final distribution to claim 10 representing a payment of 2.17 % per court order. | ($101.36) | | | |
| 07/08/15 | 5006 | QUANTUM3 GROUP LLC AS AGENT FOR WORLD FINANCIAL NETWORK NATIONAL BANK PO BOX 788 KIRKLAND, WA  98083-0788 | Final distribution to claim 11 representing a payment of 2.17 % per court order. | 7100-000 | | $102.48 | $3,814.08 |
| 07/08/15 | 5007 | CHASE BANK USA NA PO BOX 15145, 19850-5145 WILMINGTON DE | Distribution | | | $1,265.13 | $2,548.95 |
| | | CHASE BANK USA NA | Final distribution to claim 12 representing a payment of 2.17 % per court order. | ($472.95) | | | |
| | | CHASE BANK USA NA | Final distribution to claim 13 representing a payment of 2.17 % per court order. | ($13.50) | | | |
| | | CHASE BANK USA NA | Final distribution to claim 14 representing a payment of 2.17 % per court order. | ($13.69) | | | |
| | | CHASE BANK USA NA | Final distribution to claim 15 representing a payment of 2.17 % per court order. | ($90.92) | | | |

Note: Uniform Tran. Code 7100-000 appears for the FIA and Chase sub-rows.

| | | | Page Subtotals: | | $0.00 | $1,367.61 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No:  10-27789 | Trustee Name:  Frances Gecker |
| Case Name:  COSKUN ESKERANLI | Bank Name:  Associated Bank |
| ROSARIA ESKERANLI | Account Number/CD#:  XXXXXX1848 |
| | Checking |
| Taxpayer ID No:  XX-XXX0778 | Blanket Bond (per case limit):  $5,000,000.00 |
| For Period Ending:  01/19/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | CHASE BANK USA NA | Final distribution to claim 16 representing a payment of 2.17 % per court order. | ($263.78) | 7100-000 | | | |
| | | CHASE BANK USA NA | Final distribution to claim 17 representing a payment of 2.17 % per court order. | ($26.33) | 7100-000 | | | |
| | | CHASE BANK USA NA | Final distribution to claim 18 representing a payment of 2.17 % per court order. | ($42.23) | 7100-000 | | | |
| | | CHASE BANK USA NA | Final distribution to claim 19 representing a payment of 2.17 % per court order. | ($128.80) | 7100-000 | | | |
| | | CHASE BANK USA NA | Final distribution to claim 20 representing a payment of 2.17 % per court order. | ($172.37) | 7100-000 | | | |
| | | CHASE BANK USA NA | Final distribution to claim 21 representing a payment of 2.17 % per court order. | ($40.56) | 7100-000 | | | |
| 07/08/15 | 5008 | BMW BANK OF NORTH AMERICA P O BOX 23356 PITTSBURGH, PA  15222 | Final distribution to claim 22 representing a payment of 2.17 % per court order. | | 7100-000 | | $152.26 | $2,396.69 |
| 07/08/15 | 5009 | FIFTH THIRD BANK POST OFFICE BOX 829009 DALLAS, TEXAS  75382 | Final distribution to claim 23 representing a payment of 2.17 % per court order. | | 7100-000 | | $151.89 | $2,244.80 |
| 07/08/15 | 5010 | AMERICAN EXPRESS CENTURION BANK C O BECKET AND LEE LLP POB 3001 MALVERN, PA  19355-0701 | Final distribution to claim 24 representing a payment of 2.17 % per court order. | | 7100-000 | | $5.65 | $2,239.15 |
| 07/08/15 | 5011 | FSB AMERICAN EXPRESS BANK c o Becket and Lee LLP POB 3001 Malvern, PA  19355-0701 | Final distribution to claim 25 representing a payment of 2.17 % per court order. | | 7100-000 | | $16.40 | $2,222.75 |
| 07/08/15 | 5012 | US BANK N. A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH  45201-5229 | Distribution | | | | $495.77 | $1,726.98 |

| | | | |
|---|---|---|---|
| UST Form 101-7-TDR (10/1/2010) *(Page: 16)* | Page Subtotals: | $0.00 | $821.97 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 10-27789 | Trustee Name: Frances Gecker | |
| Case Name: COSKUN ESKERANLI | Bank Name: Associated Bank | |
| ROSARIA ESKERANLI | Account Number/CD#: XXXXXX1848 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0778 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 01/19/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | US BANK N. A. | Final distribution to claim 26 ($220.61) representing a payment of 2.17 % per court order. | 7100-000 | | | |
| | | US BANK N. A. | Final distribution to claim 27 ($161.75) representing a payment of 2.17 % per court order. | 7100-000 | | | |
| | | US BANK N. A. | Final distribution to claim 28 ($54.79) representing a payment of 2.17 % per court order. | 7100-000 | | | |
| | | US BANK N. A. | Final distribution to claim 29 ($30.25) representing a payment of 2.17 % per court order. | 7100-000 | | | |
| | | US BANK N. A. | Final distribution to claim 30 ($28.37) representing a payment of 2.17 % per court order. | 7100-000 | | | |
| 07/08/15 | 5013 | US BANK N. A. P.O. BOX 5229 CINCINNATI, OH 45201-5229 | Final distribution to claim 31 representing a payment of 2.17 % per court order. | 7100-000 | | $366.26 | $1,360.72 |
| 07/08/15 | 5014 | REAL TIME RESOLUTIONS, INC. 1750 REGAL ROW, SUITE 120 P.O. BOX 36655 DALLAS, TX 75235 | Final distribution to claim 32 representing a payment of 2.17 % per court order. | 7100-000 | | $1,260.36 | $100.36 |
| 07/08/15 | 5015 | HSBC BANK NEVADA BY PRA RECEIVABLES MANAGEMENT, LLC PO BOX 12907 NORFOLK, VA 23541 | Distribution | | | $100.36 | $0.00 |
| | | HSBC BANK NEVADA | Final distribution to claim 33 ($77.81) representing a payment of 2.17 % per court order. | 7100-000 | | | |
| | | HSBC BANK NEVADA | Final distribution to claim 34 ($22.55) representing a payment of 2.17 % per court order. | 7100-000 | | | |
| 11/19/15 | 5009 | FIFTH THIRD BANK POST OFFICE BOX 829009 DALLAS, TEXAS 75382 | Final distribution to claim 23 representing a payment of 2.17 % per court order. Reversal | 7100-000 | | ($151.89) | $151.89 |

| | Page Subtotals: | $0.00 | $1,575.09 |
|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-27789 | Trustee Name: Frances Gecker |
| Case Name: COSKUN ESKERANLI | Bank Name: Associated Bank |
| ROSARIA ESKERANLI | Account Number/CD#: XXXXXX1848 |
| | Checking |
| Taxpayer ID No: XX-XXX0778 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/19/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/08/15 | 5016 | CLERK OF THE U. S. BANKRUPTCY COURT CLERK OF THE U.S. BANKRUPTCY COURT 219 S. DEARBORN STREET, 7TH FL. CHICAGO, ILLINOIS 60604 | Remit to Court | 7100-001 | | $151.89 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $7,658.97 | $7,658.97 |
| Less: Bank Transfers/CD's | | $7,658.97 | $0.00 |
| Subtotal | | $0.00 | $7,658.97 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $0.00 | $7,658.97 |

Page Subtotals:                        $0.00        $151.89

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 10-27789 | Trustee Name: Frances Gecker | |
| Case Name: COSKUN ESKERANLI | Bank Name: Bank of America | |
| ROSARIA ESKERANLI | Account Number/CD#: XXXXXX5634 | |
| | MONEY MARKET | |
| Taxpayer ID No: XX-XXX0778 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 01/19/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/16/11 | 15 | SETTLEMENT AGREEMENT The Law Office of Behzad Raghian, PC3517 W. Palmer St.Suite 2Chicago, IL 60647 | SETTLEMENT | 1241-000 | $8,000.00 | | $8,000.00 |
| 08/31/11 | INT | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.03 | | $8,000.03 |
| 09/30/11 | INT | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.07 | | $8,000.10 |
| 10/31/11 | INT | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.07 | | $8,000.17 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $10.19 | $7,989.98 |
| 11/30/11 | INT | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.07 | | $7,990.05 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $9.85 | $7,980.20 |
| 12/29/11 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | $0.06 | | $7,980.26 |
| 12/29/11 | | Transfer to Acct # XXXXXX2491 | Bank Funds Transfer | 9999-000 | | $7,980.26 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $8,000.30 | $8,000.30 |
| Less: Bank Transfers/CD's | $0.00 | $7,980.26 |
| Subtotal | $8,000.30 | $20.04 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,000.30 | $20.04 |

| | | |
|---|---|---|
| Page Subtotals: | $8,000.30 | $8,000.30 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 10-27789 | Trustee Name: Frances Gecker | |
| Case Name: COSKUN ESKERANLI | Bank Name: Congressional Bank | |
| ROSARIA ESKERANLI | Account Number/CD#: XXXXXX2491 | |
| | GENERAL CHECKING | |
| Taxpayer ID No: XX-XXX0778 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 01/19/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/11 | | Transfer from Acct # XXXXXX5634 | Bank Funds Transfer | 9999-000 | $7,980.26 | | $7,980.26 |
| 02/07/12 | 1000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139 | BLANKET BOND #016026455 2/1/12  TO 2/1/13 | 2300-000 | | $7.71 | $7,972.55 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $7,972.55 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $7,980.26 | $7,980.26 |
| Less: Bank Transfers/CD's | | $7,980.26 | $7,972.55 |
| Subtotal | | $0.00 | $7.71 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $0.00 | $7.71 |

Page Subtotals:                    $7,980.26        $7,980.26

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-27789 | Trustee Name: Frances Gecker |
| Case Name: COSKUN ESKERANLI | Bank Name: The Bank of New York Mellon |
| ROSARIA ESKERANLI | Account Number/CD#: XXXXXX7050 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX0778 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/19/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $7,972.55 | | $7,972.55 |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139 | Blanket Bond #016026455 | 2300-000 | | $7.19 | $7,965.36 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $6.49 | $7,958.87 |
| 03/11/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEES | 2600-000 | | $3.51 | $7,955.36 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.83 | $7,943.53 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.43 | $7,932.10 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.79 | $7,920.31 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.40 | $7,908.91 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.76 | $7,897.15 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.74 | $7,885.41 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.35 | $7,874.06 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.71 | $7,862.35 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.31 | $7,851.04 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.67 | $7,839.37 |
| 02/03/14 | 10001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $11.30 | $7,828.07 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.66 | $7,816.41 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.50 | $7,805.91 |

Page Subtotals:                    $7,972.55          $166.64

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 10-27789 | Trustee Name: Frances Gecker |
| Case Name: COSKUN ESKERANLI | Bank Name: The Bank of New York Mellon |
| ROSARIA ESKERANLI | Account Number/CD#: XXXXXX7050 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX0778 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/19/2016 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.60 | $7,794.31 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.21 | $7,783.10 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.57 | $7,771.53 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.18 | $7,760.35 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.54 | $7,748.81 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.52 | $7,737.29 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.13 | $7,726.16 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $11.49 | $7,714.67 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $11.10 | $7,703.57 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $11.45 | $7,692.12 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $11.44 | $7,680.68 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.31 | $7,670.37 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $11.40 | $7,658.97 |
| 07/08/15 | | Transfer to Acct # xxxxxx1848 | Transfer of Funds | 9999-000 | | $7,658.97 | $0.00 |
| | | | COLUMN TOTALS | | $7,972.55 | $7,972.55 | |
| | | | Page Subtotals: | | $0.00 | $7,805.91 | |

Exhibit 9

| | | |
|---|---|---|
| Less: Bank Transfers/CD's | $7,972.55 | $7,658.97 |
| Subtotal | $0.00 | $313.58 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $313.58 |

Page Subtotals:                      $0.00            $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1848 - Checking | $0.00 | $7,658.97 | $0.00 |
| XXXXXX2491 - GENERAL CHECKING | $0.00 | $7.71 | $0.00 |
| XXXXXX5634 - MONEY MARKET | $8,000.30 | $20.04 | $0.00 |
| XXXXXX7050 - GENERAL CHECKING | $0.00 | $313.58 | $0.00 |
| | $8,000.30 | $8,000.30 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,000.30 |
| Total Gross Receipts: | $8,000.30 |

Page Subtotals:                                    $0.00              $0.00